UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Case No. 23-41113-KAC |
| IC Media Results, Inc. d/b/a Illingworth Communications, | Chapter 7 |
| Debtor. | |
| Patti J. Sullivan, as chapter 7 trustee of the bankruptcy estate of the above-named debtor, | Adv. No. 25-04076 |
| Plaintiff, | |
| v. | |
| Interior Life Design Studio and Gerald Tidwell, | |
| Defendant. | |

### CERTIFICATE OF SERVICE

     I, Thea Marie Laren, legal support specialist with the law firm of Greenberg Traurig, LLP, hereby certify that on August 15, 2025, I caused copies of the *Motion to Redact Personal Identifiers; Proposed Order Granting Motion to Redact Personal Identifiers; and Exhibit 1 to the Motion to Redact Personal Identifiers* to be sent by first class mail, postage prepaid to the entities and persons named below at the address stated below:

US Trustee
1015 US Courthouse
300 S 4th St
Minneapolis, MN 55415

Interior Life Design Studio
Attn: Gerald Tidwell
801 S. Olive Avenue, Suite 116
West Palm Beach, FL 33401

Gerald Tidwell
801 S. Olive Avenue, Suite 116
West Palm Beach, FL 33401

    I also caused a copies of the *Notice of Hearing and Motion for Default Judgment; Affidavit of Default; Affidavit of Identification; Affidavit of Patti J. Sullivan on the Merits, Amounts Due and Costs and Disbursements* (with exhibits)*; Memorandum in Support of Motion for Default Judgment; and Proposed Findings of Fact, Conclusion of Law, and Order for Judgment* to be sent by first class mail, postage prepaid on the following parties:

Interior Life Design Studio
Attn: Gerald Tidwell
801 S. Olive Avenue, Suite 116
West Palm Beach, FL 33401

Gerald Tidwell
801 S. Olive Avenue, Suite 116
West Palm Beach, FL 33401

    I certify under penalty of perjury that the foregoing is true and correct.

Executed on August 15, 2025        s/ *Thea Marie Laren*
                                                    Thea Marie Laren
                                                    Greenberg Traurig, LLP
                                                    90 South Seventh Street, Suite 3500
                                                    Minneapolis, MN 55402
                                                    (612) 259-9700