# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

_____

In re:  Case No. 23-41113-KAC

IC Media Results, Inc.,  Chapter 7

    Debtor.

_____

Patti J. Sullivan, as Chapter 7 trustee
Of the bankruptcy estate of the above-named
Debtor, IC Media Results, Inc. d/b/a Illingworth
Communications

    Plaintiff,

v.  Adv. Proc. No. 25-04076

Interior Life Design Studio and Gerald Tidwell,

    Defendants.
_____

## JUDGMENT
_____

    This proceeding came before the Court, and a decision or order for judgment was duly rendered, Katherine A. Constantine, United States Bankruptcy Judge, presiding.

    **IT IS HEREBY ORDERED AND ADJUDGED:** That the transfers are avoided and the Trustee is granted judgment against Defendant in the amount of $283,907.36, plus post-judgment interest.

Dated: October 14, 2025

                                                      Tricia Pepin
                                                      United States Bankruptcy Court Clerk

                                                      By: /e/ Caleb Gurujal
                                                      Deputy Clerk